**Robert Lee ODDS, Petitioner— Appellant,**

v.

**Jean HILL, Respondent—Appellee.**

**No. 07–35228.**

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 24, 2007 *.

Filed Sept. 27, 2007.

Anthony David Bornstein, Esq., Federal Public Defender's Office, Portland, OR, for Petitioner–Appellant.

ed by 9th Cir. R. 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Denis Vannier Fax, Office of the Oregon Attorney General, Salem, OR, for Respondent–Appellee.

Before: CANBY, TASHIMA, and RAWLINSON, Circuit Judges.

**MEMORANDUM****

Robert Lee Odds, an Oregon state prisoner, appeals the denial of his 28 U.S.C. § 2254 habeas corpus petition challenging an order of the Oregon Board of Parole and Post–Prison Supervision. He claims that the Board violated the Ex Post Facto Clause by applying administrative rules that did not require it to state a reason for denying a request to reopen a hearing. We dismiss the appeal as moot because Odds has been re-released on parole. *See Burnett v. Lampert,* 432 F.3d 996, 999–1000 (9th Cir.2005).

**DISMISSED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.